JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALKA and DAVID GRIMBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>    Defendants. | Case No. CV 22-8191-MWF(JCx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

Based upon the Stipulation by and between Plaintiffs Malka and David Grimberg and Defendant United Airlines, Inc., IT IS HEREBY ORDERED that the action be dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-